IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1580 (LPS) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2021 Oral Order (C.A. No. 17-1616, D.I. 576; C.A. No. 20-1583, D.I. 91), Plaintiff Guardant Health, Inc. and Defendant Foundation Medicine, Inc. provide this joint status report.

As previously represented to the Court, the parties entered into a binding term sheet agreement on May 13, 2021. Since then, Guardant and FMI have continued to work to complete final documentation. Since the filing of the joint status report on October 19, 2021, Guardant believes that the parties have reached an impasse. FMI believes that "impasse" misrepresents the state of the negotiations given that the parties have two direct negotiating sessions scheduled for this week and have agreed to continue mediation with assistance from Judge S. James Otero (Ret.) on December 3rd and potentially an additional date in December, 2021. The parties are committed to working through the remaining open issues together.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Jeremy A. Tigan* |
| Joseph J. Farnan, Jr. (#100245)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Guardant Health, Inc.* | *Attorneys for Defendant*<br>*Foundation Medicine, Inc.* |

November 29, 2021