# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION MEDICINE, INC., <br><br> Defendant. | C. A. No. 20-cv-1580-LPS |

## JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by Plaintiff Guardant Health, Inc. and Defendant Foundation Medicine, Inc. that:

1) All claims, defenses, and counterclaims in these actions are hereby dismissed with prejudice;

2) No party admits liability;

3) Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with these actions; and

4) The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between the parties.

- 2 -

| | |
|---|---|
| Dated: January 5, 2022 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/ Jeremy A. Tigan |
| Brian E. Farnan (#4089) | Karen Jacobs (#2881) |
| Michael J. Farnan (#5165) | Jeremy A. Tigan (#5239) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | kjacobs@morrisnichols.com |
| | jtigan@morrisnichols.com |
| *Attorneys for Guardant Health, Inc* | *Attorneys for Foundation Medicine, Inc.* |

IT IS SO ORDERED this ___ day of January, 2022.

_____
The Honorable Leonard P. Stark